# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JULIE L. VORWERCK,

               Plaintiff,          :     Case No. 3:11-cv-375

   - vs -                          District Judge Walter Herbert Rice
                                  Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL
  SECURITY,

             .               :
             Defendant.

# TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned action is transferred from The Honorable Michael R. Merz to The Honorable Michael J. Newman.

June 20, 2013.

s/ *Michael R. Merz*
United States Magistrate Judge

1